UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-2416-JJO

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Defendant Yasmany Duarte,

**NEBBIA STIPULATION AND ORDER**

On 3/27/18, the Honorable Lauren Louis, United States Magistrate Judge, set conditions of release for Defendant Yasmany Duarte, which included a $50K 10% Bond (corporate surety bond) (percentage bond), and imposed a *Nebbia* requirement. The parties have agreed that the funds (funds and/or collateral) being used to satisfy the bond are from the following source(s) and are not illegally derived:

1. The collateral is N/A.
   (provide address and owner of property, and relationship to defendant)

2. The money being deposited into the registry of the Court (premium for the bond/money being deposited into the registry of the Court) is being paid by Ricardo Cairo, who is brother to the defendant (state relationship to defendant). The money was obtained from Savings from employment drawn from Bank of America.
   (source of funds—e.g. savings from employment withdrawn from the X Bank, home equity line of credit, etc.).

_____         _____
Counsel for Defendant              Counsel for Government
Dated: 3/28/18                     Dated: 3/28/18

**ORDER**

Based upon the stipulation of the parties and the information contained therein, the Court finds that the *Nebbia* condition has been satisfied, and that the bond to secure the release of Defendant may be posted. DONE AND ORDERED on March 29, 2018, in Miami, Florida.

_____
UNITED STATES MAGISTRATE JUDGE
LAUREN LOUIS